UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
YISRAEL Z. HEILMANN,                              :
                                                  :
                          Plaintiff,              :        25-CV-2431 (AT) (RWL)
                                                  :        25-CV-2491 (AT) (RWL)
              - against -                         :
                                                  :
YESHIVA UNIVERSITY, et al.,                       :              **ORDER**
                                                  :
                          Defendant.              :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants' request to adjourn the initial pretrial conference scheduled for June

12, 2025 is denied.  The conference will proceed as scheduled.  However, the parties

need not meet and confer or submit a proposed case management order and schedule

in advance of the conference.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 18

in 25-CV-2431 and Dkt. 24 in 25-CV-2491.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: May 29, 2025
          New York, New York

Copies transmitted this date to all counsel of record.

1