```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YISRAEL Z. HEILMANN,                              :
                                                  :
                          Plaintiff,              :    25-CV-2431 (AT) (RWL)
                                                  :    25-CV-2491 (AT) (RWL)
            - against -                           :
                                                  :
YESHIVA UNIVERSITY, et al.,                       :         ORDER
                                                  :
                          Defendant.              :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has now filed 12 separate cases against overlapping defendants, asserting causes of action arising out of the same nucleus of operative facts. The multiple case filings are vexatious and impede the orderly administration of justice. Accordingly,

1. The initial case conference scheduled for June 12, 2025, will address any and all actions filed by Plaintiff pertaining to events at Yeshiva University (whether or not Yeshiva is the named defendant), including but not limited to 25-CV-2431, 2491, 4272, 4274, 4277, 4278, 4371, 4569, 4570, 4571, 4572, and 4573 (the "Actions");

2. At the conference, Plaintiff should be prepared to address why the Court should not issue an order (i) consolidating all the Actions into a single action, and (ii) requiring Plaintiff to file a single amended complaint in 25-CV-2431 incorporating all his claims;

3. Unless and until ordered otherwise, Plaintiff shall not file any new actions in this District related to the facts and events that are the subject of the other complaints he has already filed. Any new allegations arising out of the same nucleus of operative facts may be asserted only by way of an amended complaint in the first filed action, 25-CV-2431, pursuant to the Federal Rules of Civil Procedure.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 3, 2025
      New York, New York

Copies transmitted this date to all counsel of record.