UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:   25-CV-2431 (AT) (RWL)
:   25-CV-2491 (AT) (RWL)
YISRAEL Z. HEILMANN,                              :   25-CV-4272 (AT) (RWL)
:   25-CV-4274 (AT) (RWL)
              Plaintiff,          :   25-CV-4371 (AT) (RWL)
:   25-CV-4277 (AT) (RWL)
    - against -                              :   25-CV-4278 (AT) (RWL)
:   25-CV-4569 (AT) (RWL)
YESHIVA UNIVERSITY, et al.,                       :   25-CV-4570 (AT) (RWL)
:   25-CV-4571 (AT) (RWL)
             Defendant.         :   25-CV-4572 (AT) (RWL)
:   25-CV-4573 (AT) (RWL)
:
                                                            **ORDER**
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On June 12, 2025, the Court held an initial pretrial conference via Microsoft Teams with respect to the above captioned cases. As discussed during the conference, all of the captioned cases shall be consolidated into a single proceeding in which Plaintiff will file an amended complaint consolidating his allegations and claims into a single pleading. Accordingly,

      1. The Clerk of Court is respectfully directed to terminate all deadlines in and to close the following cases: 25-CV-2491; 25-CV-4272; 25-CV-4274; 25-CV-4277; 25-CV-4278; 25-CV-4371; 25-CV-4569; 25-CV-4570; 25-CV-4571; 25-CV-4572; 25-CV-4573 (the "Closed Cases"). All matters related to those cases are consolidated into 25-CV-2431.

      2. By **July 14, 2025**, Plaintiff shall file a comprehensive Amended Complaint in 25-CV-2431 that consolidates into one pleading all defendants, allegations, and claims from 25-CV-2431 and the Closed Cases.

1

3. For any defendants from 25-CV-2431 and the Closed Cases that have ***not*** already appeared in either 25-CV-2431 or 25-CV-2491, Plaintiff shall, at the time of filing of the Amended Complaint, also file a list of those named defendants and their addresses (to the extent known by Plaintiff) so that the Court may direct the Clerk of Court to issue or reissue summonses and direct the U.S. Marshal to carry out service on those defendants.

4. Any defendants shall have 30 days to respond to the Amended Complaint from the date it is filed.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 12, 2025
      New York, New York

Copies transmitted this date to all counsel of record.