```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :   25-CV-2431 (AT) (RWL)
                                                            :
  YISRAEL Z. HEILMANN,                                      :
                                                            :           ORDER
                              Plaintiff,                    :
                                                            :
           - against -                                      :
                                                            :
  YESHIVA UNIVERSITY, et al.,                               :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

To allow Plaintiff, proceeding pro se, to effect service on Defendants Esther K. Sasson, Joe Bednarsh, Avi Feder, Jonathan Werta, Jose Hambra, Salvador Serfaty, Seyfarth Shaw LLP, Dov Kesselman, Ian M. Capell, and Kyle D. Winnick through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for each of those Defendants at the addresses listed below (such addresses having been provided by Plaintiff at Dkt. 38):

    Esther K. Sasson
    500 W 185th Street,
    New York, NY 10033

    Joe Bednarsh
    500 W 185th Street,
    New York, NY 10033

    Avi Feder
    500 W 185th Street,
    New York, NY 10033

    Jonathan Werta
    500 W 185th Street,
    New York, NY 10033

1

Jose Hambra
500 W 185th Street,
New York, NY 10033

Salvador Serfaty
500 W 185th Street,
New York, NY 10033

Seyfarth Shaw LLP
620 8th Avenue, #33,
New York, NY 10018

Dov Kesselman
620 8th Avenue, #33,
New York, NY 10018

Ian M. Capell
620 8th Avenue, #33,
New York, NY 10018

Kyle D. Winnick
620 8th Avenue, #33,
New York, NY 10018

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service of the summons and the currently operative Complaint (**Dkt. 32**) upon those Defendants.

The Marshals Service shall then serve the Defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).  Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 28, 2025
        New York, New York

Copies transmitted this date to all counsel of record.