UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YISRAEL Z. HEILMANN,

                          Plaintiff,                25-CV-2431 (AT) (RWL)

      - against -

                                         **ORDER**

YESHIVA UNIVERSITY, et al.,

                        Defendants.
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff's motions at Dkt. 45 and 46 seeking expedited discovery are denied principally for the reasons as set forth by Defendants at Dkt. 47. There is no reasonable basis for expediting discovery.

      Plaintiff is reminded that he must comply with the procedural rules of court for any motions, including the obligation to meet and confer in good faith.

      The Clerk of Court is respectfully directed to terminate the motions at Dkts. 45 and 46.

                                                  SO ORDERED.

                                                   ROBERT W. LEHRBURGER
                                                   UNITED STATES MAGISTRATE JUDGE

Dated: August 7, 2025
       New York, New York

Copies transmitted this date to all counsel of record.