UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YISRAEL Z. HEILMANN,                          :
                                              :
                         Plaintiff,           :      25-CV-2431 (AT) (RWL)
                                              :
              - against -                     :
                                              :      **ORDER**
YESHIVA UNIVERSITY, et al.,                   :
                                              :
                         Defendants.          :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 23, 2025, Plaintiff filed a motion at Dkt. 70 requesting several forms of relief, one of which is for leave to file a Second Amended Complaint ("SAC"). Although Plaintiff filed the proposed SAC, he did not file a copy reflecting the proposed changes to the First Amended Complaint as required by Local Civil Rule 15.1(a) (the "Compare Version"). Accordingly, by **October 3, 2025**, Plaintiff shall file the Compare Version pursuant to Rule 15.1(a).

Defendants shall file a letter responding to items 1, 2, and 3 of Plaintiff's motion by **October 3, 2025**. Defendants shall file a letter response to item 4 (Plaintiff's request to file the SAC) by **October 10, 2025**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 25, 2025
        New York, New York

Copies transmitted this date to all counsel of record.

1