UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YISRAEL Z. HEILMANN,

                Plaintiff,           25-CV-2431 (AT) (RWL)

    - against -

                                **ORDER**

YESHIVA UNIVERSITY, et al.,

                Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By **October 10, 2025**, counsel for Defendant YU shall (1) confer with the U.S. Marshal Service in an attempt to determine status of service on Davidovics and Amar and obtain documentation of same (i.e., return of service affidavit from the U.S. Marshal); and, to the extent either has not been served, (2) provide the U.S. Marshal with their respective last known address. By **October 14, 2025**, Defendant YU shall file a letter reporting on status of this issue, and shall include in the letter the last known addresses for Davidovics and Amar.

By **October 10, 2025**, counsel for Davidovics - S. Joshua Kahane - shall file a letter stating whether his client acknowledges having been served, and, if not, whether Mr. Kahane will accept service on behalf of Mr. Davidovics.

                                            SO ORDERED.

                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: October 3, 2025
New York, New York

Copies transmitted this date to Plaintiff and all counsel of record.

1