```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YISRAEL Z. HEILMANN,                        :
                                            :
                       Plaintiff,           :    25-CV-2431 (AT) (RWL)
                                            :
        - against -                         :
                                            :    ORDER
YESHIVA UNIVERSITY, et al.,                 :
                                            :
                       Defendants.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the issues raised by the parties at Dkt. 78, 79, and 80.

1. The Court's Order at Dkt. 75 pertaining to defendant Davidovics' last known address is moot. Counsel has appeared for the defendant and agreed to accept service. (*See* Dkt. 76.)

2. With respect to the defendant Amar, YU's email exchange with Ms. Hutchinson is insufficient. The U.S. Marshal's Service is operational; however, the Court does not know the extent to which the Service is executing service attempts during the government shutdown. YU shall call and inquire further with the Service.

3. By **October 16, 2025**, YU shall file a letter providing Amar's last known United States address; or, if YU has no such address shall say so and explain why it does not.

4. YU's application to file Amar's address ex parte is denied. Plaintiff retains the right to contract a process server to serve Amar, for which Amar's address will be necessary.

5. Plaintiff's requests for relief at Dkts. 79 and 80 are denied. All counsel have been clear about who they represent. Plaintiff misconstrues the correspondence from

1

Seyfarth Shaw LLP, which referred to the position taken by defendants that they do not represent as indicated by other filings of record. And, there is no need for filing of witness statements, whether sealed or unsealed, concerning sightings of Mr. Amar.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 9, 2025
New York, New York

Copies transmitted this date to Plaintiff and all counsel of record.