```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :    25-CV-2431 (AT) (RWL)
                                                            :
  YISRAEL Z. HEILMANN,                                      :
                                                            :    ORDER
                                 Plaintiff,                 :
                                                            :
         - against -                                        :
                                                            :
  YESHIVA UNIVERSITY, et al.,                               :
                                                            :
                                 Defendant.                 :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

To allow Plaintiff, proceeding pro se, to effect service on Defendant Sapir Amar through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for Mr. Amar at the below address:

Sapir Amar
532 West 187th Street, Room 1
New York, NY 10033

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service of the summons and the currently operative Second Amended Complaint (Dkt. 92) upon Mr. Amar.

The Marshals Service shall then serve Mr. Amar.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service.

1

*See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).  Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 27, 2025
         New York, New York

Copies transmitted this date to all counsel of record.