Seyfarth

Granted.

SO ORDERED:

1/27/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

kwinnick@seyfarth.com
T (212) 218-5510

www.seyfarth.com

January 27, 2026

**VIA ECF**

Magistrate Judge Robert W. Lehrburger
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:  ***Heilmann v. Yeshiva University et al.***, Case No.: 1:25-cv-02431

Dear Judge Lehrburger:

     This Firm represents Defendants Yeshiva University ("YU"), Sara Asher, Yedidya Levy, Jennifer Golden, Judith Lopez, Rebecca Cypess, Yael Muskat, Abigail Kelsen, Joe Bednarsh, Esther Sasson, Avi Feder, Seyfarth Shaw LLP ("Seyfarth"), Dov Kesselman, Kyle Winnick, and Ian Capell (the "YU Defendants") in this matter.  We submit this letter pursuant to this Court's January 27, 2026 Order requiring YU to file a letter providing Mr. Amar's last known address in Israel and last known email address.  (*See* ECF 116.)

     Pursuant to the Family Educational Rights and Privacy Act (FERPA), covered educational institutions may disclose a student's personally identifiable information pursuant to a judicial order only after they make "a reasonable effort to notify the parent or eligible student… in advance of compliance."  34 C.F.R. § 99.31(a)(9).  To comply with this regulation, YU's policy states that in such scenarios, "the University will provide the Student with 10 days' notice before supplying the records without the Student's written consent."[1]

     As such, YU respectfully requests that its time to file a letter providing Mr. Amar's last known address in Israel and last known email address be extended up to and including Monday February 9, 2026.

              \*　　　\*　　　\*

     We thank the Court for its time and attention to this matter.

---

[1] YU's FERPA Policy may be found here: https://www.yu.edu/ferpa (last visited, Jan. 27, 2026).

Magistrate Judge Robert W. Lehrburger
January 27, 2026
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP


*/s/  Kyle D. Winnick*
Kyle D. Winnick


Cc:    All counsel of record (via ECF)
          Yisrael Heilmann (via ECF)