

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

kwinnick@seyfarth.com

T (212) 218-5510

www.seyfarth.com

February 9, 2026

**VIA ECF**

Magistrate Judge Robert W. Lehrburger
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

  Re:  ***Heilmann v. Yeshiva University et al.***, Case No.: 1:25-cv-02431

Dear Judge Lehrburger:

  This Firm represents Defendants Yeshiva University ("YU") in this matter.  We submit this letter pursuant to this Court's January 27, 2026 Order requiring YU to file a letter providing Defendant Sapir Amar's last known address in Israel and last known email address.  (*See* ECF 116.)

  The most recent Israeli address on file for Mr. Amar is Shalom Vezedek, Pisgat Ze'ev Center, 6/30 Jerusalem, 10033, Israel.

  The most recent e-mail addresses on file for Mr. Amar are (1) samar1@mail.yu.edu; and (2) sapiramar07@gmail.com.

  Mr. Amar also recently updated his current address with the Registrar's Office. On February 4, 2026, YU sent Mr. Amar a FERPA notice informing him that, pursuant to this Court's October 3, 2025 Order, YU intends to disclose his updated mailing address. Consistent with FERPA's notice requirements and YU's policy, YU will disclose Mr. Amar's updated mailing address on February 16, 2026.

    Respectfully submitted,

    SEYFARTH SHAW LLP

    */s/  Kyle D. Winnick*
    Kyle D. Winnick

Cc: All counsel of record (via ECF)
   Yisrael Heilmann (via ECF)