UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                  :         25-CV-2431 (AT) (RWL)

YISRAEL Z. HEILMANN,

                        Plaintiff,    :           **ORDER**

          - against -

YESHIVA UNIVERSITY, et al.,

                       Defendant.   :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendant Sapir Amar has yet to be served. Updated information about Mr. Amar's address has been provided during the last month. Plaintiff is proceeding pro se, and the Court previously has directed the U.S. Marshal's Service to attempt service on Mr. Amar. In light of the new information provided, the Court orders as follows:

      1.      The Clerk of Court shall reissue a summons directed to Sapir Amar and shall provide a copy to the U.S. Marshal's service.

      2.      The U.S. Marshal's service shall effect service on Mr. Amar as follows:

          a.      Service at: **403 Audubon Avenue, Apt. 3B, New York, NY 10033**.

                  (See Dkt. 122.)

          b.      Mailing to: **Shalom Va'tsedek 6/30, Pisgat Ze'ev Center, Jerusalem, Israel 975790**.

                  (See Dkt. 121.)

      3.      If the Marshal's service is unable to effect service, Plaintiff may apply for alternative service.

4.      The time to serve Mr. Amar is extended until April 27, 2026.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 124.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 27, 2026
        New York, New York

Copies transmitted this date to all counsel of record.