UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YISRAEL Z. HEILMANN,

                              Plaintiff,

        - against -

YESHIVA UNIVERSITY, et al.,

                              Defendant.

-------------------------------------------------------------X

25-CV-2431 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's letter request at Dkt. 136 for judicial notice and to file a sur-reply in response to Defendants' reply in support of their motion to dismiss:

1.      Plaintiff's request for judicial notice of the NYSDHR dismissal is DENIED as moot.  The Court already has been informed of that development by Defendants and will take judicial notice of it when and where appropriate to do so.

2.      Plaintiff's request to file a sur-reply to Defendants' reply in support of their motion to dismiss is DENIED.  The Court agrees with Defendants (see Dkt. 137) that the reply does not raise new matter warranting sur-reply.

3.      Defendants argue that Plaintiff's letter exceeds the length permitted by the Court.  While the filing does exceed the number of authorized pages, the content is double- and triple-spaced, the first page is solely the case caption, and the last page is simply the signature page, while the preceding page is only half filled.  It appears to the Court that the content could easily be condensed into a 3-page single-spaced letter.  The

1

Court therefore finds no violation with respect to length of the filing.  Plaintiff is reminded, however, to adhere to the Court's individual rules.

4.      Defendants also point out that Plaintiff's application bears hallmarks of AI-generated research as it contains cases cited for propositions for which they do not stand, and at least one case that appears to be an AI-hallucinated citation.  While there is nothing inherently wrong in using AI to assist with legal work, AI-generated research can often be incorrect or even made-up.  Every litigant, including those proceeding pro se like Plaintiff, is obligated to comply with the requirements of Federal Rule of Civil Procedure 11 and not to misrepresent the law or the facts.  Plaintiff is cautioned that future violations of these requirements, including by submitting incorrect research, whether generated by AI or otherwise, may be subject to sanctions, both monetary and otherwise.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 136

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2026
        New York, New York

Copies transmitted this date to all parties of record.

2