# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

```
----------------------------X
YISRAEL Z. HEILMANN,


Plaintiff,



      -against-              Civil Action No. 1:25-cv-02431(AT)(RWL)



YESHIVA UNIVERSITY, et al.,


Defendants.
----------------------------X
```

# PLAINTIFF'S NOTICE REGARDING STATUS OF INTERNATIONAL MAILING

Plaintiff respectfully submits this notice regarding the status of the Court-directed international mailing relating to service upon Defendant Sapir Amar pursuant to the Court's April 29, 2026 Order (ECF No. 134).

Honorable Judge Lehrburger:

Plaintiff respectfully submits this notice regarding the international mailing directed by the Court's **April 29, 2026 Order (ECF No. 134).**

As reflected in Plaintiff's previously filed Affidavit of Service, Plaintiff mailed the Summons and Second Consolidated Amended Complaint via Deutsche Post DHL international registered mail, tracking number **RT434392797DE**, to the Israeli address for Defendant Sapir Amar provided pursuant to the Court's **January 27, 2026 Order (ECF No. 116)** and subsequently filed at **ECF No. 121** by Defendant Kyle D. Winnick on behalf of Seyfarth Shaw LLP, counsel for Defendant Yeshiva University.

The address provided in Defendants' filing was:

**Shalom Va'tsedek 6/30**
**Pisgat Ze'ev Center**
**Jerusalem, Israel 9757908**

The Deutsche Post DHL tracking history reflects that the shipment was accepted on **May 5, 2026**, processed through Deutsche Post DHL logistics facilities on **May 6, 2026**, transported internationally by aircraft on **May 9, 2026**, and thereafter entered the destination-country delivery process in Israel.

The tracking history further reflects that, on **May 18, 2026**, the shipment was repeatedly prepared for delivery at the destination delivery depot, but delivery ultimately could not be completed.

Plaintiff further notes that the international mailing was directed to the address provided by Defendants pursuant to the Court's **January 27, 2026 Order**. To the extent the address provided by Defendants was inaccurate, incomplete, outdated, or otherwise insufficient for successful delivery, that circumstance arose from the address information supplied to the Court by Defendants, not from any failure by Plaintiff to comply with the Court's service directives.

Following notice of the unsuccessful delivery attempt, Plaintiff instructed Deutsche Post DHL on **June 1, 2026**, to investigate the delivery failure and provide a formal report or clarification regarding why delivery could not be completed at the address provided. Plaintiff understands that a formal investigation report may become available in the near future and will promptly supplement the record should additional information become available from Deutsche Post DHL concerning the unsuccessful delivery attempt.

Plaintiff respectfully notes that the mailing was transmitted in accordance with the Court's service directives and using the address information provided in the above-referenced filings.

A true and correct copy of the current Deutsche Post DHL tracking record is attached hereto as **Exhibit A**.

Plaintiff submits this notice solely to update the Court regarding the status of the Court-directed mailing and to supplement the procedural record concerning Plaintiff's compliance with the Court's service-related directives.

Respectfully submitted,

Dated: June 04, 2026

*/s/ Yisrael Z. Heilmann*

      Yisrael Z. Heilmann
      *Plaintiff, Pro Se*
Address:  447 Broadway, 2nd Floor 945
      New York, NY, 10013
Email:   yzh1@protonmail.com

---

Attachments:

**Exhibit A**: Deutsche Post DHL Tracking Record for Shipment No. RT434392797DE.