UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the first and last name of each plaintiff.

-against-

_____

_____

_____

_____

Write the first and last name of each defendant.

Case No. _____ CV _____

**CLERK'S CERTIFICATE
OF DEFAULT**

I, TAMMI HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that:

1. This action was commenced on _____ with the filing of a complaint.

2. A copy of the summons and complaint were served on defendant(s):

_____.

3. By personally serving _____.

4. Proof of service was filed on _____. (See ECF Doc. #(s) _____.)

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise responded to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: _____
New York, New York                    TAMMI HELLWIG, Clerk of Court

By: _____
Deputy Clerk