UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the first and last name of each plaintiff.

-against-

_____

_____

_____

_____

Write the first and last name of each defendant.

Case No. _____ CV _____

**DECLARATION IN SUPPORT OF REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

## Declaration in Support of Request for Clerk's Certificate of Default

I, _____ , declare under penalty of perjury that the following facts are true and correct:

1. I am the self-represented plaintiff in this action.

2. This action was commenced on _____ by the filing of the complaint.

3. An executed summons, showing that defendant _____ was served, was filed on _____.

4. The time for defendant _____ to answer or otherwise respond to the complaint expired on _____.

5. Defendant _____ has not answered or responded to the complaint, nor has this defendant moved for an extension of time to answer or respond to the complaint.

6. Defendant _____ is not an infant or incompetent.

7. Defendant _____ is not currently serving in the United States military.

Plaintiff requests the issuance of a certificate of default against Defendant(s)

_____.

| | |
|---|---|
| Executed on (date) | Signature |
| Name | Prison Identification # (if incarcerated) |
| Address | City          State     Zip Code |
| Telephone Number (if available) | E-mail Address (if available) |