**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YISRAEL Z. HEILMANN,

Plaintiff,

-against-

YESHIVA UNIVERSITY; SEYFARTH SHAW LLP; KYLE D. WINNICK; DOV
KESSELMAN; IAN M. CAPELL; DR. REBECCA CYPESS; DR. SARA ASHER; DR.
YEDIDYA LEVY; JOE BEDNARSH; JUDITH E. LOPEZ; JENNIFER GOLDEN; DR.
YAEL MUSKAT; ESTHER K. SASSON; ABIGAIL KELSEN; NORMA SILBERMINTZ;
AVI FEDER; **SAPIR AMAR**; MOSHE DAVIDOVICS; JONATHAN WERTA; JOSE
HAMBRA; SALVADOR SERFATY; JOHN DOES 1–10; JOHN DOES 11–20,

Defendants.

**Civil Action No. 1:25-cv-02431 (AT)(RWL)**

**PROPOSED CLERK'S CERTIFICATE OF DEFAULT AS TO DEFENDANT SAPIR
AMAR**

(Re-Filed to Cure Deficiencies Noted as to Document Nos. 143 and 145)

I, _____, Clerk of the United States District Court for the Southern
District of New York, do hereby certify as follows:

**1. FILED DATE OF THE COMPLAINT.** This action was commenced on March 20, 2025,
with the filing of the Complaint (ECF No. 1, filed March 20, 2025).

**2. ENTRY AND FILED DATE OF THE AMENDED COMPLAINT.** Plaintiff filed the
operative Second Consolidated Amended Complaint ("SCAC") on October 23, 2025 (ECF No.
92, filed October 23, 2025), pursuant to the Court's Order on Motion to Amend/Correct (ECF
No. 90, entered October 16, 2025). The SCAC (ECF No. 92, filed October 23, 2025) is the
operative pleading to which Defendant Sapir Amar was required to answer or otherwise
respond.

**3. NAME OF THE PARTY WHO WAS SERVED AND WHO ACCEPTED SERVICE
— MARSHAL SERVICE.** Defendant Sapir Amar's address was disclosed to the Court by
counsel for Yeshiva University on February 17, 2026 (ECF No. 122, filed February 17, 2026).
The Summons and the SCAC (ECF No. 92, filed October 23, 2025) were served by the United
States Marshals Service upon Zak Cohen, a person of suitable age and discretion residing at

Defendant Sapir Amar's dwelling, who accepted service on Defendant Sapir Amar's behalf at 403 Audubon Avenue, Apt. 3B, New York, NY 10033.

**4.  DATE THE PARTY WAS SERVED — MARSHAL SERVICE.** Zak Cohen accepted service of the Summons and the SCAC (ECF No. 92, filed October 23, 2025) on behalf of Defendant Sapir Amar on April 15, 2026.

**5.  FILED DATE OF THE PROOF OF SERVICE — MARSHAL SERVICE.** The Marshal's Process Receipt and Return of Service, reflecting service of the Summons and the SCAC (ECF No. 92, filed October 23, 2025) upon Zak Cohen as set forth in Paragraphs 3–4 above, was filed on April 17, 2026 (ECF No. 132, filed April 17, 2026).

**6.  ORDER GRANTING ALTERNATE SERVICE.** By Order Authorizing Alternate Service (ECF No. 134, entered April 29, 2026), the Honorable Robert W. Lehrburger, United States Magistrate Judge, authorized service of the Summons and the SCAC (ECF No. 92, filed October 23, 2025) upon Defendant Sapir Amar by the alternate methods set forth in Paragraphs 7–8 below.

**7.  NAME OF THE PARTY WHO WAS SERVED AND DATES SERVED — ALTERNATE SERVICE.** Pursuant to the Order Authorizing Alternate Service (ECF No. 134, entered April 29, 2026), Defendant Sapir Amar was served with the Summons and the SCAC (ECF No. 92, filed October 23, 2025) as follows:

   a.  by email to Sapir Amar at samar1@mail.yu.edu on May 4, 2026;

   b.  by email to Sapir Amar at sapiramar07@gmail.com on May 4, 2026;

   c.  by Instagram direct message to Sapir Amar on May 4, 2026;

   d.  by LinkedIn direct message to Sapir Amar on May 4, 2026;

   e.  by Facebook Messenger message to Sapir Amar on May 6, 2026;

   f.  by WhatsApp transmission to Sapir Amar at +1 (786) 508-9774 on May 4, 2026;

   g.  by international registered mail addressed to Sapir Amar at Shalom Va'Tsedek 6/30, Pisgat Ze'ev Center, Jerusalem 9757908, Israel, on May 5, 2026 (Ex. A).

**8.  FILED DATE OF THE PROOF OF SERVICE — ALTERNATE SERVICE.** The Affidavit of Service reflecting service of the Summons and the SCAC (ECF No. 92, filed October 23, 2025) upon Defendant Sapir Amar by the alternate methods set forth in Paragraph 7 above was filed on May 7, 2026 (ECF No. 135, filed May 7, 2026).

**9.  SERVICE OF THE AMENDED COMPLAINT EXPRESSLY CITED AND CONFIRMED.** The Summons and the operative Second Consolidated Amended Complaint (ECF No. 92, filed October 23, 2025) — and not merely the original Complaint (ECF No. 1) — were served upon Defendant Sapir Amar, both (a) by the United States Marshals Service

upon Zak Cohen as set forth in Paragraphs 3–5 above, and (b) by the alternate service methods authorized by Court Order ECF No. 134 and set forth in Paragraphs 6–8 above.

**10. TIME TO RESPOND TO THE AMENDED COMPLAINT EXPIRED.** The time for Defendant Sapir Amar to answer or otherwise respond to the SCAC (ECF No. 92, filed October 23, 2025) expired on May 28, 2026.

**11. NO RESPONSE FILED.** The docket entries in this action indicate that Defendant Sapir Amar has not filed an answer or otherwise responded to the Complaint (ECF No. 1, filed March 20, 2025) or to the operative SCAC (ECF No. 92, filed October 23, 2025), and has not moved for an extension of time to do so.

**THE DEFAULT OF DEFENDANT SAPIR AMAR IS HEREBY NOTED.**

Dated: _____

   New York, New York


                          _____

                          TAMMI HELLWIG, Clerk of Court


                          By: _____

                             Deputy Clerk

Case 1:25-cv-02431-AT-RWL | Heilmann v. Yeshiva University et al.
