UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

YISRAEL Z. HEILMANN,

                Plaintiff,

    -against-

YESHIVA UNIVERSITY; SEYFARTH SHAW LLP; KYLE D. WINNICK; DOV KESSELMAN; IAN M. CAPELL; DR. REBECCA CYPESS; DR. SARA ASHER; DR. YEDIDYA LEVY; JOE BEDNARSH; JUDITH E. LOPEZ; JENNIFER GOLDEN; DR. YAEL MUSKAT; ESTHER K. SASSON; ABIGAIL KELSEN; NORMA SILBERMINTZ; AVI FEDER; **SAPIR AMAR**; MOSHE DAVIDOVICS; JONATHAN WERTA; JOSE HAMBRA; SALVADOR SERFATY; JOHN DOES 1–10; JOHN DOES 11–20,

                Defendants.

**Civil Action No. 1:25-cv-02431 (AT)(RWL)**

**DECLARATION IN SUPPORT OF REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

I, Yisrael Z. Heilmann, declare under penalty of perjury that the following facts are true and correct:

1. I am the self-represented plaintiff in this action.

2. This action was commenced on March 20, 2025 by the filing of the Complaint (ECF No. 1, filed March 20, 2025). Plaintiff subsequently filed the operative Second Consolidated Amended Complaint ("SCAC") on October 23, 2025 (ECF No. 92, filed October 23, 2025), pursuant to the Court's Order on Motion to Amend/Correct (ECF No. 90, entered October 16, 2025).

3. Defendant Sapir Amar's address was disclosed to the Court by counsel for Yeshiva University on February 17, 2026 (ECF No. 122, filed February 17, 2026). The U.S. Marshals Service served the Summons and the SCAC (ECF No. 92, filed October 23, 2025) upon Zak Cohen, a person of suitable age and discretion residing at Defendant Sapir Amar's dwelling, who accepted service on Defendant Sapir Amar's behalf at 403 Audubon Avenue, Apt. 3B, New York, NY 10033, on April 15, 2026. The Marshal's Process Receipt and Return of Service was filed on April 17, 2026 (ECF No. 132, filed April 17, 2026).

4. Pursuant to the Court's Order Authorizing Alternate Service (ECF No. 134, entered April 29, 2026), the Summons and the SCAC (ECF No. 92, filed October 23, 2025) were served

upon Defendant Sapir Amar beginning May 4, 2026, by multiple methods of alternate service as set forth in the Affidavit of Service (ECF No. 135, filed May 7, 2026).

5. The executed Affidavit of Service showing that Defendant Sapir Amar was served with the Summons and the SCAC (ECF No. 92, filed October 23, 2025) by the alternate service methods described above was filed on May 7, 2026 (ECF No. 135, filed May 7, 2026).

6. The time for Defendant Sapir Amar to answer or otherwise respond to the SCAC (ECF No. 92, filed October 23, 2025) expired on May 28, 2026.

7. Defendant Sapir Amar has not answered or responded to the Complaint or the SCAC (ECF No. 92, filed October 23, 2025), nor has Defendant Sapir Amar moved for an extension of time to answer or respond.

8. Defendant Sapir Amar is not an infant or incompetent person.

9. Defendant Sapir Amar is not currently serving in the United States military.

Plaintiff requests the issuance of a certificate of default against Defendant Sapir Amar.

Executed on: June 30, 2026

Yisrael Z. Heilmann

Plaintiff, Pro Se

447 Broadway, 2nd Floor 945

New York, NY 10013

Email: yzh1@protonmail.com

Case 1:25-cv-02431-AT-RWL | Heilmann v. Yeshiva University et al.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YISRAEL Z. HEILMANN,

Plaintiff,

-against-

YESHIVA UNIVERSITY; SEYFARTH SHAW LLP; KYLE D. WINNICK; DOV KESSELMAN; IAN M. CAPELL; DR. REBECCA CYPESS; DR. SARA ASHER; DR. YEDIDYA LEVY; JOE BEDNARSH; JUDITH E. LOPEZ; JENNIFER GOLDEN; DR. YAEL MUSKAT; ESTHER K. SASSON; ABIGAIL KELSEN; NORMA SILBERMINTZ; AVI FEDER; **SAPIR AMAR**; MOSHE DAVIDOVICS; JONATHAN WERTA; JOSE HAMBRA; SALVADOR SERFATY; JOHN DOES 1–10; JOHN DOES 11–20,

Defendants.

**Civil Action No. 1:25-cv-02431 (AT)(RWL)**

**REQUEST FOR A CLERK'S CERTIFICATE OF DEFAULT**

I, Yisrael Z. Heilmann, request a Clerk's Certificate of Default, as required under Local Civil Rule 55.1(a) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. A Declaration in support of this Request is attached.

Executed on: June 30, 2026

Yisrael Z. Heilmann

Plaintiff, Pro Se

447 Broadway, 2nd Floor 945

New York, NY 10013

Email: yzh1@protonmail.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YISRAEL Z. HEILMANN,

       Plaintiff,

  -against-

YESHIVA UNIVERSITY; SEYFARTH SHAW LLP; KYLE D. WINNICK; DOV
KESSELMAN; IAN M. CAPELL; DR. REBECCA CYPESS; DR. SARA ASHER; DR.
YEDIDYA LEVY; JOE BEDNARSH; JUDITH E. LOPEZ; JENNIFER GOLDEN; DR.
YAEL MUSKAT; ESTHER K. SASSON; ABIGAIL KELSEN; NORMA SILBERMINTZ;
AVI FEDER; **SAPIR AMAR**; MOSHE DAVIDOVICS; JONATHAN WERTA; JOSE
HAMBRA; SALVADOR SERFATY; JOHN DOES 1–10; JOHN DOES 11–20,

       Defendants.

**Civil Action No. 1:25-cv-02431 (AT)(RWL)**

**CERTIFICATE OF SERVICE**

I, Yisrael Z. Heilmann, affirm that the foregoing documents (Request for Clerk's Certificate of
Default, Declaration in Support, and Proposed Clerk's Certificate of Default) have been served
on Defendant Sapir Amar with the Summons and the Second Consolidated Amended
Complaint ("SCAC") (ECF No. 92, filed October 23, 2025) by email pursuant to the Court's
Order Authorizing Alternate Service (ECF No. 134, entered April 29, 2026), at
samar1@mail.yu.edu and sapiramar07@gmail.com, and by international registered mail
addressed to Sapir Amar at Shalom Va'Tsedek 6/30, Pisgat Ze'ev Center, Jerusalem 9757908,
Israel (Ex. A).

Executed on: June 30, 2026

_____

Yisrael Z. Heilmann

Plaintiff, Pro Se

447 Broadway, 2nd Floor 945

New York, NY 10013

Email: yzh1@protonmail.com