UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YISRAEL Z. HEILMANN, Plaintiff, | 25-CV-2431 (AT) (RWL) |
| - against - | **ORDER** |
| YESHIVA UNIVERSITY, et al., Defendant. | |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Plaintiff's letter motion at Dkt. 162 for copies of authorities and for an extension of deadlines. Plaintiff's motion is granted in part as follows:

1. Nothwithstanding Defendant YU having previously sent emails to Plaintiff purporting to attach copies of unpublished cases, Plaintiff has stated that although he received the emails, he did not receive the attached compendia. Accordingly, by **October 12, 2026**: (i) counsel for YU shall provide Plaintiff by email with copies of the 90 unpublished decisions cited by YU with respect to YU's motion to dismiss; (ii) counsel for Defendants Hambra and Serfaty shall provide Plaintiff by email with copies of the 15 unpublished decisions cited with respect to their motion to dismiss; and (iii) counsel for Defendant Davidovics shall provide Plaintiff by email with the decision in *Xue v. Jensen*. By **October 15, 2026**, respective counsel shall each file a certificate of service by email of the designated materials.

2. Plaintiff's time to oppose Defendant Davidovics' motion to dismiss at Dkts. 158-159 is extended until **November 9, 2026**. Defendant's reply, if any, shall be filed by **November 23, 2026**.

3. Plaintiff's time to file an amended complaint with respect to claims dismissed without prejudice (*see* Dkt. 157) is extended until **December 1, 2026**. Plaintiff may not include in an amended complaint any claims dismissed with prejudice.

4. Any request for an extension of time to object to the Court's decision at Dkt. 157 must be directed to Judge Torres.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 162.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 5, 2026
New York, New York

Copies transmitted this date to all parties of record.