UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---X

YISRAEL Z. HEILMANN,

Plaintiff,

- against -

YESHIVA UNIVERSITY, et al.,

Defendant.

---X

25-CV-2431 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the letter request of Defendant Sapir Amar at Dkt. 161 requesting that default be lifted, and Plaintiff's letter request at Dkt. 164 concerning service on Mr. Amar. Having considered the parties' submissions,

1. Mr. Amar's request to vacate the default entered against him is GRANTED principally for the reasons as set forth in Dkt. 161.

2. Mr. Amar expressly has consented to service of papers by email at amarsapir777@gmail.com. (Dkt. 161 at 1.) Accordingly, Plaintiff may effect service on Mr. Amar by sending a summons and the currently operative complaint to Mr. Amar at that email address. Plaintiff shall file proof of service by **October 19, 2026**. Plaintiff's time to served Mr. Amar is extended nunc pro tunc to October 19, 2026.

3. Mr. Amar shall file his motion to dismiss the complaint by **November 18, 2026**. Plaintiff shall file his opposition by **December 18, 2026**. Mr. Amar shall file his reply, if any, by **January 18, 2026**.

The Clerk of Court is respectfully directed to lift the default entered against Sapir Amar.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 5, 2026
New York, New York

Copies transmitted this date to all parties of record.