UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YISRAEL Z. HEILMANN, Plaintiff, - against - YESHIVA UNIVERSITY, et al., Defendant. | 25-CV-2431 (AT) (RWL) **REPORT AND RECOMMENDATION TO HON. ANALISA TORRES: MOTION FOR DEFAULT JUDGMENT (Dkt. 150)** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Whereas on July 1, 2026, the Clerk of Court entered a Certificate of Default against defendant Sapir Amar (Dkt. 149); and

Whereas on August 26, 2026, Plaintiff filed a motion for default judgment against Amar (Dkt. 150); and

Whereas on August 31, 2026, the motion was referred to me for a report and recommendation (Dkt. 153); and

Whereas on September 29, 2026, Amar filed a letter requesting that the default against him be lifted, demonstrated good cause for lifting the default, and agreed to accept service by email (Dkt. 161); and

Whereas on October 1, 2026, Plaintiff filed a letter seeking an extension of time to serve Amar (Dkt. 164); and

Whereas on October 5, 2026, the Court granted Amar's request to lift the default entered against him, and also granted Plaintiff's request for an extension of time to serve Amar (Dkt. 170);

The Court finds that the motion for default judgment against Amar is moot and that there are no current grounds for default judgment against Amar.

Accordingly, I recommend that the motion for default judgment at Dkt. 150 be DENIED.

**Procedures For Filing Objections**

Pursuant to 28 U.S.C. § 636(b)(1) and Rules 72, 6(a), and 6(d) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days to file written objections to this Report and Recommendation. Any party shall have fourteen (14) days to file a written response to the other party's objections. Any such objections and responses shall be filed with the Clerk of the Court, with courtesy copies delivered to the Chambers of the Honorable Analisa Torres, United States Courthouse, 500 Pearl Street, New York, New York 10007, and to the Chambers of the undersigned, at United States Courthouse, 500 Pearl Street, New York, New York 10007. Any request for an extension of time for filing objections must be addressed to Judge Torres. **Failure to file timely objections will result in a waiver of the right to object and will preclude appellate review.**

Respectfully submitted,

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2026
New York, New York

Copies transmitted this date to all parties of record.