USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YISRAEL Z. HEILMANN,

Plaintiff,

-against-

YESHIVA UNIVERSITY; SAPIR AMAR; MOSHE DAVIDOVICS; JOHN DOES 1–10 (Students); JOHN DOES 11–20 (Institutional Actors),

Defendants.

25 Civ. 2431 (AT) (RWL)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

Plaintiff, Yisrael Heilmann, filed this action against Yeshiva University, its legal counsel, several of its employees, and multiple Yeshiva University students. *See generally* Second Consol. Am. Compl. ("SCAC"), ECF No. 92. Heilman brings various federal and state claims arising from, *inter alia*, alleged discrimination, harassment, and a physical assault by Heilmann's classmate. *See id.* ¶¶ 83–263; *see also* ECF No. 157 ("Dismissal Order") at 9–13, ECF No. 157.[1]

On June 30, 2026, Heilmann moved for entry of default against Defendant Sapir Amar, a former Yeshiva University student who had not appeared in the action. *See* SCAC ¶ 35; ECF Nos. 147–48. On July 1, 2026, the Clerk of Court entered a certificate of default against Amar. *See* ECF No. 149. Heilmann filed a motion for a default judgment against Amar on August 26, 2026. Mot., ECF No. 150. The Court referred the motion to the Honorable Robert W. Lehrburger for a report and recommendation ("R&R"). *See* ECF No. 153. On September 29, 2026, while the motion was pending, Amar filed a letter requesting the certificate of default be vacated, *see* ECF No. 161, which Judge Lehrburger granted, *see* ECF No. 170. Judge Lehrburger then concluded that the referred motion for a default judgment is moot. *See* R&R, ECF No. 172.

Despite notification of the right to object to the R&R, *see id.* at 2, Heilmann did not object, and the time to do so has now passed.[2] Fed. R. Civ. P. 72(b)(2). Because no objections were made, the Court reviews the R&R for clear error. *See Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Lehrburger's R&R.

Accordingly, the Court ADOPTS the R&R in its entirety. Plaintiff's motion for a default against Amar is DENIED as moot.

SO ORDERED.

Dated: November 5, 2026
New York, New York

ANALISA TORRES
United States District Judge

[1] On September 24, 2026, this Court dismissed multiple defendants from the action. *See* Dismissal Order at 1.
[2] In fact, since the R&R was issued Heilmann has proceed to serve Amar. *See* ECF Nos. 173–174.